IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAREYAN COOKS,
    Plaintiff,

vs.                                  3:08cv67/RV/MD

WALTER A. McNEIL, et al.,
    Defendants.
_____

## O R D E R

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 10, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion to dismiss (doc. 4) is granted and this case is dismissed without prejudice.

    At Pensacola, Florida, this 9th day of April, 2008.

                                    /s/ *Roger Vinson*
                                    ROGER VINSON
                                    SENIOR UNITED STATES DISTRICT JUDGE